| STATE OF LOUISIANA | * | NO. 2023-KA-0771 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| MICHAEL R. SHORTS, JR. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LEDET, J., CONCURS IN THE RESULT**

I concur in the result.